```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 08 B 13639
   ROBERT E JAMES
   FLORENCE JAMES                            CHAPTER 13

                                             JUDGE: BRUCE W BLACK

         Debtor
   SSN XXX-XX-9019      SSN XXX-XX-9566
```

---
## TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 05/29/08 .

2. The case was dismissed without confirmation, 12/12/2008.

3. The Debtor paid a total of $   4904.59 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CITIMORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| CITIMORTGAGE | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| AMERICREDIT FINANCIAL/LO | SECURED VEHIC | 750.00 | .00 | 597.52 |
| WILL COUNTY TREASURER | SECURED | NOT FILED | .00 | 97.44 |
| FORD MOTOR CREDIT CO | SECURED VEHIC | .00 | .00 | 1122.25 |
| GMAC PAYMENT CENTER | SECURED VEHIC | .00 | .00 | .00 |
| HINSDALE BANK & TRUST | SECURED VEHIC | 600.00 | .00 | 394.23 |
| ILLINOIS AMERICAN WATER | SECURED | 440.00 | .00 | 383.99 |
| THE ENCLAVE OF BOLINGBRO | SECURED | 981.99 | .00 | 912.25 |
| WESTGATE RESORTS | SECURED | .00 | .00 | 698.17 |
| WELLS FARGO FINANCIAL AC | SECURED VEHIC | .00 | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | NOT FILED | .00 | .00 |
| A R CONCEPTS | UNSECURED | NOT FILED | .00 | .00 |
| AAA CHECKMATE | UNSECURED | NOT FILED | .00 | .00 |
| ALLIED INTERSTATE | UNSECURED | NOT FILED | .00 | .00 |
| QUEST DIAGNOSTICS | UNSECURED | NOT FILED | .00 | .00 |
| AMERICASH LOANS | UNSECURED | NOT FILED | .00 | .00 |
| ARROW FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | NOT FILED | .00 | .00 |
| CARDMEMBER SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| CENTRAL DUPAGE HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| CHARTER ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CHASE BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| CHECK N GO | UNSECURED | NOT FILED | .00 | .00 |
| CIRCUIT CITY STORES | UNSECURED | NOT FILED | .00 | .00 |
| COLLECTION COMPANY OF AM | UNSECURED | NOT FILED | .00 | .00 |
| COMCAST | UNSECURED | NOT FILED | .00 | .00 |

```
COMED                         UNSECURED       NOT FILED              .00          .00
COMED                         UNSECURED       NOT FILED              .00          .00
QUEST DIAGNOSTICS             UNSECURED       NOT FILED              .00          .00
CREDITORS DISCOUNT & AUD      UNSECURED       NOT FILED              .00          .00
DELL FINANCIAL SERVICES       UNSECURED       NOT FILED              .00          .00
DEPENDON COLLECTION SVC       UNSECURED       NOT FILED              .00          .00
DISCOVER BANK                 UNSECURED       NOT FILED              .00          .00
GEMB                          UNSECURED       NOT FILED              .00          .00
GEMB                          UNSECURED       NOT FILED              .00          .00
GEMB                          UNSECURED       NOT FILED              .00          .00
MCI                           UNSECURED       NOT FILED              .00          .00
HSBC                          UNSECURED       NOT FILED              .00          .00
HSBC                          UNSECURED       NOT FILED              .00          .00
HSBC                          UNSECURED       NOT FILED              .00          .00
ICS INC                       UNSECURED       NOT FILED              .00          .00
INTERNAL REVENUE SERVICE      UNSECURED       NOT FILED              .00          .00
GROVE DENTAL ASSOCIATES       UNSECURED       NOT FILED              .00          .00
MALCOLM S GERALD              UNSECURED       NOT FILED              .00          .00
MCS                           UNSECURED       NOT FILED              .00          .00
MERCHANTS CREDIT GUIDE        UNSECURED       NOT FILED              .00          .00
DUPAGE MEDICAL CLINIC         UNSECURED       NOT FILED              .00          .00
EDWARD HOSPITAL               UNSECURED       NOT FILED              .00          .00
NICOR GAS                     UNSECURED       NOT FILED              .00          .00
NORTH AMERICAN CREDIT SV      UNSECURED       NOT FILED              .00          .00
OSI COLLECTION SERVICES       UNSECURED       NOT FILED              .00          .00
OSI COLLECTION SERVICES       UNSECURED       NOT FILED              .00          .00
PAYDAY LOAN STORE             UNSECURED       NOT FILED              .00          .00
ROUNDUP FUNDING LLC           UNSECURED       NOT FILED              .00          .00
ROCKFORD MERCANTILE AGEN      UNSECURED       NOT FILED              .00          .00
SALLIE MAE GUARANTEE SER      UNSECURED       NOT FILED              .00          .00
TCF BANK                      UNSECURED       NOT FILED              .00          .00
CBE GROUP                     UNSECURED       NOT FILED              .00          .00
PAYDAY LOAN STORE             UNSECURED       NOT FILED              .00          .00
ROUNDUP FUNDING LLC           UNSECURED       NOT FILED              .00          .00
UNITED CONSUMER FINANCE       UNSECURED       NOT FILED              .00          .00
US DEPT OF EDUCATION          UNSECURED       NOT FILED              .00          .00
ROBERT J ADAMS & ASSOC        REIMBURSEMENT        6.33              .00          .00
------------------------------------------------------------------------------------
CREDITOR NAME                 CLASS           CLAIM AMOUNT      INTEREST     PRINCIPAL
                                                                    PAID         PAID
------------------------------------------------------------------------------------
        Summary of disbursements:
------------------------------------------------------------------------------------
                     SECURED    PRIORITY   UNSECURED      OTHER        TOTAL
------------------------------------------------------------------------------------
TOTAL CLMS ALLOWED   2771.99        6.33         .00        .00      2778.32
PRINCIPAL PAID       4205.85         .00         .00        .00      4205.85
INTEREST PAID             .00        .00         .00        .00           .00
TOTAL PAID           4205.85         .00         .00        .00      4205.85
The Debtor's attorney, ROBERT J ADAMS & ASSOC        , was allowed $   3500.00
and was paid $        .00 .

The Trustee received $     246.44 .

Refunds to the Debtor totaled $     452.30 .
```

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.

```
Dated: 02/10/09                          /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE
```